JUDGE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR07-081JCC |
| Plaintiff, ) | ORDER GRANTING JOINT MOTION |
| ) | TO CONTINUE TRIAL DATE AND |
| vs. ) | PRETRIAL MOTIONS DEADLINE |
| ROSEMARIE CALVIN, ) | |
| Defendant. ) | |

THE COURT, having considered the joint motion of the defense and the government for a continuance of the trial date and the pretrial motions deadline, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of May 14, 2007, until the new trial date of July 9, 2007, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Rosemarie Calvin; CR07-081JCC)         1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   IT IS THEREFORE ORDERED that the trial date in this matter is continued until July 9, 2007, and that pretrial motions shall be filed no later than May 21, 2007.

DONE this 23rd day of April, 2007.

John C. Coughenour
United States District Judge

Presented by:

s/   Jay W. Stansell
WSBA # 18752
Attorney for Rosemarie Calvin
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100
Fax No.: (206) 553-0120
Jay_Stansell@fd.org


s/ Norman Barbosa
Assistant United States Attorney
*Telephonically approved*

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(Rosemarie Calvin; CR07-081JCC)           2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**